UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS HANSERD,

      Plaintiff,                            Case No. 15-cv-13201
                                               Hon. Matthew F. Leitman

v.

N. SOUDER,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S REQUEST
## FOR AN EXTENSION OF TIME (ECF #9)

On September 9, 2015, plaintiff Marcus Hanserd ("Plaintiff"), a state prisoner at the St. Louis Correctional Facility in St. Louis, Michigan, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. The complaint alleged that defendant N. Souder, a registered nurse at the St. Louis facility, retaliated against Plaintiff by charging him with prison misconduct for filing a grievance against Souder. (Compl., ECF #1.)

On October 8, 2015, Plaintiff moved to amend his complaint. (Mot. to Amend, ECF #5.) The Court referred the motion to the magistrate judge, who struck the motion and the proposed amended complaint on October 26, 2015, for failure to comply with Local Rule 15.1. (Order of Reference, ECF #6, and Order Striking Mot. to Amend and Amended Compl., #8.) The magistrate judge stated in

2:15-cv-13201-MFL-SDD Doc # 11 Filed 12/10/15 Pg 2 of 3 Pg ID 60

his order that any objections to the order should be filed within fourteen days of service of his order.

On November 6, 2015, Plaintiff wrote to the magistrate judge and requested an extension of time to respond to the magistrate judge's order (Letter, ECF #9), and on December 4, 2015, the Court rescinded its order of reference to the magistrate judge (Order, ECF #10). Plaintiff states in his letter to the magistrate judge that his access to a law library is limited to three days a week and that he needs additional time to file a proper response to the magistrate judge's order.

Under Federal Rule of Civil Procedure 6(b)(1), the Court may extend the time to comply with a court deadline "for good cause." Plaintiff has shown "good cause" for extending the time to file a response to the magistrate judge's order.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's request for an extension of time (ECF #9) is **GRANTED**. Plaintiff shall have **twenty-eight (28) days** from the date of this order to file his response to the magistrate judge's order. Failure to comply with this order may result in the dismissal of the complaint.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 10, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 10, 2015, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5113