UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marcus Hanserd,

    Plaintiff,   Case No. 15-cv-13201
                                   Hon. Matthew F. Leitman

v.

N. Souder,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION TO FILE ANY OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**IT IS HEREBY ORDERED** that Plaintiff Marcus Hanserd shall have until March 20, 2017 to file any objections that he may have to the Magistrate Judge's Report and Recommendation (ECF #24).

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  March 1, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113